# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 1-21, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:15-cv-01920 JAR |
| | ) |
| | ) |
| AVID LIFE MEDIA, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Having considered the Joint Motion to Stay filed by Defendants, Avid Life Media, Inc. and Avid Dating Life, Inc. d/b/a Ashley Madison ("Defendants"), and Plaintiffs in the lawsuit filed by the John Arthur Eaves Law Offices, the Court hereby **GRANTS** the motion [18]. The Court shall retain jurisdiction over this lawsuit until further order, and all proceedings in the lawsuit are **STAYED** for five (5) months while the parties work to resolve the claims or reach an agreement on a proper forum to adjudicate the claims if no resolution can be reached.

**IT IS FURTHER ORDERED** that the parties shall provide a status report to the Court **no later than January 11, 2019**.

**IT IS FURTHER ORDERED** that none of the parties in this lawsuit or the four individuals whose claims have not been filed but whose statutes of limitations have been tolled by agreement of the parties, have waived any claim or defense by the filing of the motion, including any defense by Defendants that the case should be dismissed and Plaintiffs ordered to arbitrate their claims, or any claims not yet filed.

**IT IS FURTHER ORDERED** that the Court's order dated July 18, 2018, closing the MDL proceedings [Doc. No. 390] is modified only to retain jurisdiction over this case (or any other individual case the Court may identify in a separate order).

In all other respects, the MDL proceedings, including all proceedings related to the Class Action Settlement, remain closed.

Dated this 30th day of August, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**